# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| JILL CLARK,<br><br>      Plaintiff,<br><br>vs.<br><br>MARK RITCHIE, in his official capacity as Minnesota Secretary of State, HENNEPIN COUNTY REGISTER,<br><br>      Defendants. | No. C12-0093-LRR<br><br>ORDER |

This matter is before the court pursuant to a complaint. The clerk's office filed the instant action on September 19, 2012. The plaintiff submits neither the filing fee nor an application to proceed in forma pauperis. *See* 28 U.S.C. § 1914(a) (requiring $350.00 filing fee); 28 U.S.C. § 1915 (explaining proceedings in forma pauperis). Moreover, under 28 U.S.C. § 1391(b), venue in this district appears to be improper as the defendants are located in Minnesota and the events giving rise to the instant action occurred in Minnesota. Accordingly, this action is dismissed without prejudice. 28 U.S.C. § 1914; 28 U.S.C. § 1915.

**IT IS SO ORDERED**

**DATED** this 19th day of September, 2012.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA