IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| JILL CLARK,<br><br>        Plaintiff,<br><br>vs.<br><br>MARK RITCHIE, in his official capacity as Minnesota Secretary of State, and HENNEPIN COUNTY REGISTRAR,<br><br>        Defendants. | No. C 12-93<br><br>JUDGMENT |

**DECISION BY COURT.**  This action came before the Court and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Pursuant to the Order (doc. 2) filed on September 20, 2012, this action is dismissed without prejudice.

Dated September 20, 2012

ROBERT L. PHELPS
CLERK

_____
Deputy Clerk